**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------- x

SERGIO GARCIA, :

Plaintiff, :

-against- :

CURATED SOUNDS LLC D/B/A INNER CIRCLE MUSIC GROUP, a limited liability corporation; BRIAN ONUOHA, an individual; and DVANTE HEMPHILL, an individual, :

Defendants. :

--------------------------------------- x

ORDER

26 Civ. 2908 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant Curated Sounds LLC's motion to stay all proceedings and deadlines in this action (ECF No. 31) pending the Court's decision on its motion to compel arbitration (ECF No. 27) is GRANTED. The Clerk of Court is hereby directed to close the open motion at ECF No. 31.

Dated: November 4, 2026,
New York, New York

SO ORDERED.

George B. Daniels

GEORGE B. DANIELS
United States District Judge